IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                             4:22-CR-00100-01-BRW

PEDRO REMIREZ

### ORDER

Defendant's Motion to Reduce Sentence and Appoint Counsel (Doc. No. 32) is DENIED.

Retroactive Guidelines Amendment 821 does not apply because Defendant had a criminal history score of two and he did not receive "status points." Additionally, he was sentenced to the statutory, mandatory minimum sentence of 120 months.

Defendant's plea agreement also provides that he "waives the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 4th day of December, 2023.

                Billy Roy Wilson
                UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 21.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).