IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.   No. 4:22-CR-00100-01-BRW

PEDRO RAMIREZ

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 41) is DENIED.

Amendment 821 does not apply to this case. Defendant did not receive status points and his criminal history score is 2, not 0.

Additionally, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1]  Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 17th day of June, 2024

        <u>Billy Roy Wilson</u>
        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 21.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).