# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

v.                 No. 4:22-CR-00100-01-BRW

**PEDRO RAMIREZ**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 44) is DENIED for the same reasons set out in yesterday's Order.[1]

IT IS SO ORDERED this 18th day of June, 2024

                                      Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 42.